# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 708 | **DATE** | 2/9/2011 |
| **CASE TITLE** | SPIN MASTER LTD vs. BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC., *et al.* | | |

**DOCKET ENTRY TEXT**

Plaintiff and Ronald Rothstein's amended motion to quash non-party subpoena [8] is referred to Magistrate Judge Schenkier. Plaintiff's motion for leave to file documents under seal [12] is taken under advisement. Any objections shall be filed by February 11, 2011. The motions will not be heard as noticed on February 9, 2011.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|