

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**                                                                    (312) 435-5691

February 28, 2011

United States Courthouse
68 Court Street, Room 304
Buffalo, NY 14202-3328
Springfield, IL 62701

**RE:**       Spin Master Ltd. v. Bureau Veritas Consumer Products Services, Inc. et al

**Case No:**  11cv708

Dear Clerk:

Pursuant to the order entered by Honorable Suzanne B. Conlon, on February 3, 2011, the above record

■       was electronically transmitted to USDC for the Western District of New York.

                                        Sincerely yours,
                                        **Michael W. Dobbins, Clerk**

                                        By:  /s/ Lorenzo Walker
                                                Deputy Clerk

New Case No. _____          Date _____

cc:    Non-ECF Attorneys and Pro se Parties